**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Bartolo RODRIGUEZ–CORONADO,
Defendant–Appellant.**

**No. 12–10555.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 24, 2013.*

Filed Oct. 2, 2013.

Jeffrey Daniel Martino, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, Plaintiff–Appellee.

Matthew Harrison Green, Esquire, Law Offices of Matthew H. Green, Tucson, AZ, Defendant–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

### MEMORANDUM ***

Bartolo Rodriguez–Coronado appeals from the district court's judgment and challenges the six-month sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Rodriguez–Coronado contends that the district court erred by ordering his revocation sentence to run consecutively to his sentence for illegal reentry. He argues that U.S.S.G. § 5D1.1(c) creates a presumption that the court impose a concurrent sentence when a deportable alien is sentenced for violating supervised release. We disagree. Section 5D 1.1(c) concerns the imposition of a term of supervised release, not the sentence to be imposed upon revocation. *See* U.S.S.G. § 5D 1.1(c) (2011). Contrary to Rodriguez–Coronado's argument, the Guidelines recommend that the court impose a consecutive sentence for a supervised release violation. *See* U.S.S.G. § 7B1.3(f).

Rodriguez–Coronado next contends that his sentence is substantively unreasonable because it creates unwarranted sentencing disparities. Contrary to his claim, Rodriguez–Castro is not similarly situated to defendants who are not serving terms of supervised release. The district court did not abuse its discretion in imposing Rodriguez–Coronado's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). In light of the totality of the circumstances and the 18 U.S.C. § 3583(e) sentencing factors, the consecutive sentence is substantively reasonable. *See id.*

### AFFIRMED.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).